**FILED**
OCT 02 2024
AT ____ O'CLOCK
John M. Domurad, Clerk - Syracuse

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 5:24-CR-408 (BKS) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **MICHAEL FEGLEY JR.,** | ) | |
| | ) | Violations: 18 U.S.C. § 2422(b) |
| **Defendant.** | ) | [Attempted Enticement and Coercion] |
| | ) | |
| | ) | 18 U.S.C. § 2423(b) |
| | ) | [Travel With Intent to Engage in Illicit Sexual Conduct] |
| | ) | |
| | ) | 18 U.S.C. § 2252A(a)(1) |
| | ) | [Transportation of Child Pornography] |
| | ) | |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) |
| | ) | [Possession of Child Pornography] |
| | ) | |
| | ) | 4 Counts |
| | ) | |
| | ) | County of Offense:  Onondaga |

### THE GRAND JURY CHARGES:

### COUNT 1
### [Attempted Enticement and Coercion]

From on or about August 25, 2023, through on or about September 10, 2023, in Onondaga County in the Northern District of New York, and elsewhere, the defendant, **MICHAEL FEGLEY JR.**, using a means and facility of interstate commerce, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years, that is: a person whom the defendant believed to be a 13-year-old female child, to engage in sexual activity for which a person could be charged with a criminal offense, that is, one or more of the following

offenses: Criminal Sexual Act in the Second Degree, in violation of New York Penal Law Section 130.45(1); Sexual Abuse in the Second Degree, in violation of New York Penal Law Section 130.60(2); Rape in the Second Degree, in violation of New York Penal Law Section 130.30(2); Lewd or Lascivious Battery, in violation of Florida Penal Law Section 800.04(4)(A)(1); and Sexual Battery, in violation of Florida Penal Law Section 794.011(5)(a), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2
[Travel With Intent to Engage in Illicit Sexual Conduct]

From on or about September 9, 2023, to on or about September 10, 2023, in Onondaga County in the Northern District of New York, and elsewhere, the defendant, **MICHAEL FEGLEY JR.**, traveled in interstate commerce for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), that is, the defendant traveled from Florida to Onondaga County New York, for the purpose of engaging in a sexual act, that is sexual intercourse, anal sexual conduct, and oral sexual conduct with a 13 year old child, in violation of Title 18, United States Code, Section 2423(b).

## COUNT 3
[Transportation of Child Pornography]

From on or about September 9, 2023, to on or about September 10, 2023, in Onondaga County in the Northern District of New York, and elsewhere, the defendant, **MICHAEL FEGLEY JR.**, did knowingly transport child pornography in and affecting interstate and foreign commerce by any means, including by computer, in that the defendant transported a Motorola Cellphone Serial Number: ZY22GTV7JR, IMEI: 350377180720722 with SIM Card WA128PSIMT5TD, IMEI: 350377180720714, from Hillsborough County, Florida to Onondaga

County, New York, knowing that it contained numerous graphic image and video files of one or more minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT 4
### [Possession of Child Pornography]

On or about September 10, 2023, in Onondaga County, in the Northern District of New York, defendant **MICHAEL FEGLEY JR.** did knowingly possess material that contained one or more images of child pornography that had been transported using a means and facility of interstate and foreign commerce, and in and affecting such commerce by any means, including by computer, and that was produced using materials that had been shipped and transported in and affecting such commerce by any means, including by computer, that is, a Motorola Cellphone Serial Number: ZY22GTV7JR, IMEI: 350377180720722 with SIM Card WA128PSIMT5TD, IMEI: 350377180720714, manufactured outside the United States, which contained numerous graphic image and video files of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

This violation involved one or more images of child pornography involving a prepubescent minor and a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(b)(2).

Dated: October 2, 2024

A TRUE BILL,    \*\*NAME REDACTED

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: _____
Paul J. Tuck
Special Assistant United States Attorney
Bar Roll No. 520814